# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN CARMICHAEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF CAMDEN, a governmental entity,<br><br>CITY OF CAMDEN, a governmental entity,<br><br>OFFICER JESSE ZACHINELLI, in his official capacity, and<br><br>JOHN DOE OFFICERS 1- 10 (fictitious individuals) and<br><br>ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 1:22-cv-05019<br><br>**NOTICE OF MOTION<br>FOR *PRO HAC VICE* ADMISSION OF<br>NICHELLE LYNN WOMBLE ESQ.** |

TO:   CLERK OF COURT
          Via CM/ECF

**PLEASE TAKE NOTICE** that the undersigned will apply to the above-named Court at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Camden, New Jersey 08101, on Tuesday, September 6, 2022, at 9:00AM, or as soon thereafter as counsel may be heard, for an Order allowing for the Admission *Pro Hac Vice* of Nichelle Lynn Womble, Esquire, pursuant to Fed. R. Civ. P. 78, and L. Civ. R. 101.1(c)(1).

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff's Counsel shall rely upon the Certification of Joseph D. Lento, Esquire, and the Certification of Nichelle Lynn Womble, Esquire, as attached.

Pursuant to Fed. R. Civ. P. 78, the undersigned requests that this matter be submitted to the Court for ruling on the papers unless opposition is filed, in which case, oral argument is specifically requested. A proposed form of Order is annexed hereto.

Dated: August 11, 2022             LENTO LAW GROUP, P.C.

*Joseph D. Lento*
_____
JOSEPH D. LENTO, ESQUIRE

I certify that the within Notice of Motion and all supporting documents have been filed and served in the manner and within the time limits prescribed by the Rules.

Dated: August 11, 2022             LENTO LAW GROUP, P.C.

*Joseph D. Lento*
_____
JOSEPH D. LENTO, ESQUIRE