**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN CARMICHAEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF CAMDEN, a governmental entity,<br><br>CITY OF CAMDEN, a governmental entity,<br><br>OFFICER JESSE ZACHINELLI, in his official capacity, and<br><br>JOHN DOE OFFICERS 1- 10 (fictitious individuals) and<br><br>ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 1:22-cv-05019<br><br><br>**CERTIFICATION OF NICHELLE LYNN WOMBLE, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR HER ADMISSION** *PRO HAC VICE* |

I, Nichelle Lynn Womble, Esquire, do hereby certify as follows:

1. I am an attorney-at-law of the State of Florida, and I am a Litigation Associate with Lento Law Group P.C.

2. I am fully familiar with the facts of this matter.

3. I submit this Certification in support of the application of the Plaintiff for my admission *pro hac vice*, as Co-Counsel for the Plaintiff along with Joseph D. Lento, Plaintiff's Counsel of Record in this matter.

4. I am a member in good standing of the bar in the State of Florida since 2021.

5. I am also a member in good standing the United States District Court for the Middle District of Florida.

6.      The name and address of the officials or offices that maintain the roll of such members of the bar listed above are as follows:

> **The Florida Bar**
> 651 East Jefferson Street
> Tallahassee, FL 32399-2300
> 850-561-5600
>
> **United States District Court for the Middle District of Florida**
> Clerk's Office
> 401 West Central Boulevard
> Orlando, Florida 32801
> 407-835-4200

7.      No disciplinary charges have been filed against me in any jurisdiction, nor has any discipline previously been imposed against me, ever.

8.      Pursuant to L. Civ. R. 101.1(c)(1), I understand that I am required to promptly advise the Court of the disposition of any pending disciplinary charges, or the institution of new charges.

9.      I further understand that I shall be bound by the Federal and Local Rules and am within the disciplinary jurisdiction of this Court throughout the period of my admission *pro hac vice*.

10.     I agree to submit to all rules of practice and procedure for this Court, and will work closely with the attorney of record, Joseph D. Lento, Esq., in connection with this case.

11.     I certify that I am a member in good standing in the State of Florida, and the United States District Court for the Middle District of Florida.

12.     The fee required per L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 will be provided to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the entry of the Court's Order admitting me *pro hac vice*.

13.     Further, payment in the amount of $150.00 shall be made to the Clerk of the United States District Court as per L. Civ. R. 101.1(c)(3) within twenty (20) days of the entry of the Court's Order admitting me *pro hac vice*.

14. WHEREFORE, I, Nichelle Lynn Womble, Esq., respectfully request that this Honorable Court admit me *pro hac vice* pursuant to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 11, 2022        LENTO LAW GROUP P.C.

*/s/ Nichelle L. Womble*
NICHELLE WOMBLE, ESQ.
Florida Bar No. 1032744
LENTO LAW GROUP, P.A.
11555 Heron Bay Blvd., Suite 231
Coral Springs, FL 33076
904.602.9400 (Office)
904.299.5400 (Fax)
nlwomble@lentolawgroup.com