# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN CARMICHAEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF CAMDEN, a governmental entity,<br><br>CITY OF CAMDEN, a governmental entity,<br><br>OFFICER JESSE ZACHINELLI, in his official capacity, and<br><br>JOHN DOE OFFICERS 1- 10 (fictitious individuals) and<br><br>ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 1:22-cv-05019<br><br>**CERTIFICATION OF JOSEPH D. LENTO, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF NICHELLE LYNN WOMBLE, ESQ.** |

I, Joseph D. Lento, Esquire, do hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and am Senior Partner/Founder of the Lento Law Group, P.C., attorneys for Plaintiff, STEVEN CARMICHAEL, in the above-captioned matter. As such, I am fully familiar with the facts contained herein.

2. I, Joseph D. Lento, Esq., a member of the bar of this Court, hereby respectfully move for the Admission *Pro Hace Vice* of Nichelle Lynn Womble, Esquire.

3. Nichelle Lynn Womble, Esq. is a Litigation Associate of the law firm Lento Law Group P.C.11555 Heron Bay Blvd, Suite 231, Coral Springs, Florida 33076, and is a member in good standing of the bar of the State of Florida, as well as the United States District Court for the Middle District of Florida.

4.      Ms. Womble has been made fully familiar with facts of this matter and is experienced with handling the legal issues relating to this lawsuit.

5.      Pursuant to L. Civ. R. 101.1(c), I, Joseph D. Lento, Esq., the attorney of record in this matter, understand that I will continue to serve as counsel of record for the Plaintiffs herein, and will sign all pleadings, briefs, stipulations, and other papers filed with the Court, and will participate in all proceedings. Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

6.      Pursuant to L. Civ. R. 101.1(c), I, Joseph D. Lento, Esq., further understand that I shall be held responsible for the conduct of this case and for the conduct of the attorney admitted *pro hac vice*.

7.      Ms. Womble agrees to submit to all rules of practice and procedure for this Court, and will work closely with the attorney of record, Joseph D. lento, Esq., in connection with this case. *See* Certification of Nichelle Lynn Womble, Esq., filed concurrently herewith.

8.      The fee required per L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 will be provided to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the entry of the Court's Order admitting Mr. Foster *pro hac vice*.

9.      Further, payment in the amount of $150.00 shall be made to the Clerk of the United States District Court as per L. Civ. R. 101.1(c)(3) within twenty (20) days of the entry of the Court's Order admitting Ms. Womble *pro hac vice*.

10.     WHEREFORE, I, Joseph D. Lento, Esq., counsel of record for the Plaintiff herein, respectfully request that this Honorable Court admit Nichelle Lynn Womble, Esq., *pro hac vice* pursuant to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: <u>August 11, 2022</u>   LENTO LAW GROUP, P.C.

_____
JOSEPH D. LENTO, ESQUIRE
Attorney ID No.: 013252008
3000 Atrium Way, Suite 200
Mount Laurel, New Jersey  08054
(856) 652-2000-Phone
(856) 375-1010-Facsimile
Email:  jdlento@lentolawgroup.com