# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN CARMICHAEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF CAMDEN, a governmental entity,<br><br>CITY OF CAMDEN, a governmental entity,<br><br>OFFICER JESSE ZACHINELLI, in his official capacity, and<br><br>JOHN DOE OFFICERS 1- 10 (fictitious individuals) and<br><br>ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 1:22-cv-05019<br><br><br>**ORDER ADMITTING NICHELLE LYNN WOMBLE, ESQ.** *PRO HAC VICE* |

This matter having been brought before the Court by Joseph D. Lento, Esq., counsel for STEVEN CARMICHAEL, the Plaintiff herein, on application for an Order allowing Nichelle Lynn Womble, Esq., to appear and participate in this matter *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and L. Civ. R. 101.1(c)(1); and for good cause shown;

**IT IS** on this _____ day of _____, 20_____

**ORDERED** that Nichelle Lynn Womble, Esq., a member in good standing of the Bar of the State of Florida, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c)(1); and it is further

**ORDERED** that all pleadings, brief, and other papers filed with the Court shall be signed by a member or associate of the law firm of The Lento Law Group, P.C., attorneys of record for the Plaintiffs, who is admitted to the Bar of this Court and who shall be held responsible for said papers, and for the conduct of the case, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Nichelle Lynn Womble, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Nichelle Lynn Womble, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Nichelle Lynn Womble, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Nichelle Lynn Womble, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingent Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Nichelle Lynn Womble, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
UNITED STATES MAGISTRATE JUDGE