**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/9/22 |
| NAME OF SERVER (PRINT) JOHN E GROFF SR | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Camden County Police Dep.
CASE # 1:22-CV-05019-KMW-EAP ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date): _____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left:
_____ Anthony Puccini ; or
The Manager

☐ Returned unexecuted: _____

_____ ; or

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Sept 9 2022
             Date

Signature of Server

1721 49th ST Pennsauken NJ
Address of Server
08110