**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
William F. Cook, Esquire
James P. Clancy, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendants Camden County Police Department, County of Camden, and Officer Jesse Zachinelli*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN CARMICHAEL,<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**CAMDEN COUNTY POLICE DEPARTMENT**, a governmental entity,<br><br>**COUNTY OF CAMDEN**, a governmental entity,<br><br>**CITY OF CAMDEN**, a governmental entity,<br><br>**OFFICER JESSE ZACHINELLI**, in his official capacity, and<br><br>**JOHN DOE OFFICERS 1-10** (fictitious individuals) and<br><br>**ABC ENTITIES 1-10** (fictitious entities),<br><br>　　　　**Defendants.** | CIVIL ACTION NO. 1:22-cv-05019 KMW-EAP<br><br>**ENTRY OF APPEARANCE** |

**TO THE CLERK:**

Kindly enter my appearance in this matter on behalf of Defendants Camden County Police Department, County of Camden, and Officer Jesse Zachinelli. Please include me on all electronic notices and filings.

                                              **BROWN & CONNERY, LLP**

By:    */s/ William F. Cook*
            William F. Cook, Esquire

Dated: September 27, 2022