

VICTOR CARSTARPHEN
MAYOR

OFFICE OF THE CITY ATTORNEY
CITY OF CAMDEN
NEW JERSEY

DANIEL S BLACKBURN
CITY ATTORNEY
TEL: 856-757-7170
FAX: 856-342-7728
EMAIL: LAW@CI.CAMDEN.NJ.US
WEBSITE: WWW.CI.CAMDEN.NJ.US

October 6, 2022

**Via ECF**
Honorable Elizabeth A. Pascal, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

    **Re:** Carmichael, Steven v. City of Camden et al.,
       Docket No.: 1:22-CV-05019-KMW-EAP

Dear Judge Pascal:

 Please be advised, my office represents the City of Camden in the above-mentioned matter. In light of Plaintiff's recently filed Amended Complaint, which does not name the City of Camden, and the most recent Stipulation of Dismissal with Prejudice, Defendant's Motion to Dismiss, filed on September 28, 2022, is now Moot. I request that said Motion be withdrawn at this time.

 Thank you for your attention in this matter.

           Respectfully submitted,

           Daniel S. Blackburn
           City Attorney

     **By:** *s/ Eddie S. Freeman III*
        Eddie S. Freeman III
        Assistant City Attorney
        E-mail: edfreema@ci.camden.nj.us
        Tel: (856) 757.7170

ESF/