IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEVEN CARMICHAEL**, an individual<br><br>Plaintiff,<br><br>v.<br><br><br>**CAMDEN COUNTY POLICE DEPARTMENT**, a governmental entity, **COUNTY OF CAMDEN**, a governmental entity,<br><br>**CITY OF CAMDEN,** a governmental entity<br><br>**JOHN DOE OFFICERS** 1-10 (fictitious Individuals) and<br><br>**ABC ENTITIES** 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No. 1:22-cv-05019-KMW-EAP<br><br>**STIPULATION OF DISMISSAL** |

This matter in difference, in the above-entitled matter, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed the same be and is hereby dismissed with prejudice and without cost against either party <u>as to the City of Camden **ONLY**</u>.

| | |
|---|---|
| **LENTO LAW GROUP P.A**. | **DANIEL S. BLACKBURN**<br>**CITY ATTORNEY** |
| *[signature]* | */s/ Eddie S. Freeman III* |
| By:  Nichelle Womble, Esq.<br>     Attorney for the Plaintiff | By:  Eddie S. Freeman III, Esq.<br>     Assistant City Attorney |

Date:   1 0 / 5 / 2 0 2 2