**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
William F. Cook, Esquire
James P. Clancy, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendants Camden County Police Department, County of Camden, Officer Jesse Zachinelli & Chief Gabriel Rodriquez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STEVEN CARMICHAEL,**<br><br>          **Plaintiff,**<br>     vs.<br><br>**CAMDEN POLICE DEPARTMENT,** a governmental entity,<br><br>**COUNTY OF CAMDEN,** a governmental entity,<br><br>**CHIEF OF POLICE GABRIEL RODRIGUEZ,** as an individual and in his official capacity,<br><br>**OFFICER JESSE ZACHINELLI,** as an individual and in his official capacity, and<br><br>**JOHN DOE OFFICERS 1-10** (fictitious names), in their official capacity<br><br>**ABC Entities 1-10** (fictitious entities),<br><br>          **Defendants.** | CIVIL ACTION NO. 1:22-cv-05019 KMW-EAP<br><br>**ENTRY OF APPEARANCE** |

**TO THE CLERK:**

In addition to Defendants County of Camden, Camden County Police Department and Jesse Zachinelli, on whose behalf my appearance has already been entered, kindly enter my appearance on behalf of Defendants Chief Gabriel Rodriquez and "Camden Police Department" (which should be identified as "Camden County Police Department"). Please include me on all electronic notices and filings.

                                       **BROWN & CONNERY, LLP**

                          By:    */s/ William F. Cook*
                                     William F. Cook, Esquire

Dated: October 10, 2022