# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9-9-22 |
| NAME OF SERVER (PRINT) JOHN E GROFF SR | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: OFFICER JESSE ZACHINELLI CASE # 1:22-CV-05019-KMW-EAP ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☑ Name of person with whom the summons and complaint were left: Anthony Goach ; or HR Munger

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 9 2022
Date

Signature of Server: John E Groff Sr

Address of Server: 1721 49th ST PENNSAUKEN NJ 08110