UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN CARMICHAEL, an individual,<br><br>    *Plaintiff,*<br><br>    v.<br><br>CAMDEN POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF AMDEN, a governmental entity,<br><br>CHIEF OF POLICE GABRIEL RODRIGUEZ, as an individual and in his official capacity,<br><br>OFFICER JESSE ZACHINELLI, as an individual and in his official capacity, and<br><br>JOHN DOE OFFICERS 1-10 (fictitious names), in their official capacity<br><br>ABC Entities 1-10 (fictitious entities)<br><br>    *Defendant.* | Civil Action No. 1:22-cv-05019-KMW-EAP<br><br><br><br><br><br>**ENTRY OF APPEARANCE** |

TO THE CLERK:

    Please enter the appearance of Samuel D. Jackson, Esquire as counsel on behalf of the

Plaintiff, Steven Carmichael in the above-entitled cause of action.

                        LENTO LAW GROUP, P.C.


                        By: _____

                             Samuel D. Jackson, Esquire

Dated: November 23, 2022