# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
wcook@brownconnery.com

December 9, 2022

**Via CM/ECF**
Honorable Elizabeth A. Pascal, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
Fourth & Cooper Streets
Camden, New Jersey 08101

> **Re:  Steven Carmichael v. Camden County Police Department, et. al
> Docket No. 1:22-cv-05019-KMW-EAP**

Dear Judge Pascal:

Our firm represents Defendants Camden County Police Department, County of Camden, Chief of Police Gabriel Rodriguez, and Officer Jesse Zachinelli ("Camden County Defendants") in the above captioned matter.  Please accept this correspondence as a submission of the enclosed Discovery Confidentiality Order.

Pursuant to your Honor's Scheduling Order, the parties have conferred and agreed to the enclosed proposed Discovery Confidentiality Order, which conforms to the approved Sample Discovery Confidentiality Order of the District of New Jersey.

Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*William F. Cook*
William F. Cook

WFC/jlc
Enclosure
cc:      All Record Counsel

7J16701