**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
William F. Cook, Esquire
James P. Clancy, Esquire
Joseph D. Clifford, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendants Camden County Police Department, County of Camden, Officer Jesse Zachinelli & Chief Gabriel Rodriquez*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEVEN CARMICHAEL,**<br><br>          Plaintiff,<br>     vs.<br><br>**CAMDEN POLICE DEPARTMENT, a governmental entity,**<br><br>**COUNTY OF CAMDEN, a governmental entity,**<br><br>**CHIEF OF POLICE GABRIEL RODRIGUEZ, as an individual and in his official capacity,**<br><br>**OFFICER JESSE ZACHINELLI, as an individual and in his official capacity, and**<br><br>**JOHN DOE OFFICERS 1-10 (fictitious names), in their official capacity**<br><br>**ABC Entities 1-10 (fictitious entities),**<br><br>          Defendants. | CIVIL ACTION NO. 1:22-cv-05019 KMW-EAP<br><br>**ENTRY OF APPEARANCE** |

**TO THE CLERK:**

7J29752

      Kindly enter my appearance on behalf of Defendants County of Camden, Chief Gabriel Rodriquez, Officer Jesse Zachinelli, and "Camden Police Department" (which should be identified as "Camden County Police Department").  Please include me on all electronic notices and filings.

                              **BROWN & CONNERY, LLP**

              By:    */s/ Joseph D. Clifford*
                           Joseph D. Clifford, Esquire

Dated: December 13, 2022

7J29752