

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 x476 (T)
(856) 375-1010 (F)
Samuel D. Jackson, Esquire
Member of the NJ Bar
sdjackson@lentolawgroup.com

February 10, 2023

**Via ECF**
Hon. Elizabeth A. Pascal, U.S.M.J.
United States District Court
District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

      Re:    Carmichael v. Camden County Police Dep't, et al.
            Docket No.: 1:22-cv-05019-KMW-EAP

Your Honor,

    I represent the Plaintiff in the above-captioned matter. I am writing to inform the Court that the parties have met and conferred regarding the exchange of digital discovery, pursuant to Local Rule 26.1, and have come to an agreement regarding all computer-based and other digital discovery matters.

    I thank the Court for its kind attention to this matter.

Respectfully,

Samuel D. Jackson, Esquire
*Attorney for Plaintiff*

CC via ECF:    William F. Cook, Esq. & Joseph D. Clifford, Esq.
                      *Attorneys for Defendants*