# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
wcook@brownconnery.com



April 24, 2023

**Via ECF**
Honorable Elizabeth A. Pascal, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
Fourth & Cooper Streets
Camden, New Jersey 08101

      Re: **Steven Carmichael v. Camden County Police Department, et. al.**
           **1:22-cv-05019-KMW-EAP**

Dear Judge Pascal:

    Our firm represents Defendants Camden County Police Department, County of Camden, Chief of Police Gabriel Rodriguez, and Officer Jesse Zachinelli ("Camden County Defendants") in the above matter.

    This matter is scheduled for a status conference before Your Honor this coming Tuesday, April 25, 2023 at 10:30 AM.

    Due to an ongoing bench trial in which I am engaged in the New Jersey Office of Administrative Law in Atlantic City, I respectfully request that the status conference be adjourned to a later date. I have reached out to opposing counsel who graciously consents to this request.

    Thank you.

                             Respectfully submitted,

                             **BROWN & CONNERY, LLP**

                           *s/ William F. Cook*
                           William F. Cook

WFC/jle
cc:    All Counsel of Record

7KH0295