UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN CARMICHAEL, an individual<br>Plaintiff,<br><br>v.<br><br>CAMDEN POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF CAMDEN, a governmental entity,<br><br>CHIEF OF POLICE GABRIEL RODRIGUEZ, as an individual and in his official capacity,<br><br>OFFICER JESSE ZACHINELLI, as an individual and in his official capacity, and<br><br>JOHN DOE OFFICERS 1- 10 (fictitious names), in their official capacity<br><br>ABC Entities 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 1:22-cv-05019<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Soleiman Raie, Esquire (Attorney ID: 01857-2006) of Lento Law Group, P.C. for Samuel D. Jackson, Esquire (Attorney ID: 130452017) of Ratliff Jackson, LLP as attorney for the Plaintiff in the above captioned matter.

| | |
|---|---|
| **LENTO LAW GROUP, P.C.** | **RATLIFF JACKSON, LLP** |
| _____ | _____ |
| SOLEIMAN RAIE, ESQ | SAMUEL D. JACKSON, |
| *Superseding Attorney* | *Withdrawing Attorney* |
| NJ Attorney ID #: 01857-2006 | NJ Attorney ID #: 130452017 |
| 1814 East Route # 70, Suite 323 | 811 Church Road, Suite 105 |
| Cherry Hill, NJ 08003 | Cherry Hill, NJ 08002 |
| 856-652-2000 – P Ext 420 | (856) 209-3111 – T |
| 856-375-1010 – F | (908) 543-3534 – F |

Dated: March 26, 2025