UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN CARMICHAEL,<br><br>    *Plaintiff,*<br>            vs.<br><br>CAMDEN POLICE DEPARTMENT, a governmental entity,<br><br>COUNTY OF CAMDEN, a governmental entity,<br><br>CHIEF OF POLICE GABRIEL RODRIGUEZ, as an individual and in his official capacity,<br><br>OFFICER JESSE ZACHINELLI, as an individual and in his official capacity, and<br><br>JOHN DOE OFFICERS 1- 10 (fictitious names), in their official capacity<br><br>ABC Entities 1-10 (fictitious entities),<br><br>    Defendants.. | CASE NO.: NO.: 1:22-cv-05019<br><br>**ENTRY OF APPEARANCE** |

COMES NOW, Frank R. Schirripa of the Hach, Rose, Schirripa & Rehns LLP and hereby enters his appearance in the above-entitled matter, on behalf of Plaintiff, Steven Carmichael.

DATED this 9th day of March 2026.

HACH ROSE SCHIRRIPA & REHNS LLP

  */s/ Frank R. Schirripa*_____
Frank R. Schirripa, Esquire
NJ Attorney ID# 032382002
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsclaw.com
212-213-8311 (T)