UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

**STEVEN CARMICHAEL**
        **PLAINTIFF,**

  **V.**
                                               **Civil No. 22-5019(KMW/EAP)**

**CAMDEN COUNTY POLICE**
**DEPARTEMENT, ET AL**
        **DEFENDANTS**

**ORDER**

AND NOW, this _____day of_____2026, this matter having come before the Court upon consideration of the Motion to Withdraw as Counsel for Plaintiff, the Court having read and considering the submitted Motion and for good cause shown, said Petition is GRANTED.

   IT IS ORDERED AS FOLLOWS:

Petitioner is permitted to withdraw as counsel for Plaintiffs in this civil action and said withdraw is effective immediately.

                                                    BY THE COURT

                                                 Honorable Elizabeth A. Pascal
                                                 United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

**STEVEN CARMICHAEL**
        **PLAINTIFF,**

  **V.**
                                                          Civil No. 22-5019(KMW/EAP)

**CAMDEN COUNTY POLICE**
**DEPARTEMENT, ET AL**
        **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS
## BY COUNSEL DOLORES BOJAZI

    Undersigned counsel, having departed Lento Law Group/LLG National and no longer having access to firm files, email, or case materials, respectfully moves for leave to withdraw as counsel in this matter.

In support of this Motion, undersigned counsel states:

1. She departed from Lento Law Group/LLG National law Firm on January 16, 2026.
2. At the time of her departure, the firm was to reassign all cases.
3. Undersigned counsel no longer has access to firm systems, files, or communications and is therefore unable to continue representation.
4. Frank Rocco Schirripa has filed an appearance entry on behalf of Plaintiff. Withdrawal is necessary to ensure clarity of representation and to ensure all matters are addressed by the appropriate counsel.

    WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit her withdrawal as counsel of record.

                                                        Respectfully Submitted:

                                                        *Dolores Bojazi*

                                                       Dolores Bojazi, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2026, I caused the foregoing Motion to Withdraw as Counsel to be served via the Court's CM/ECF system upon all parties of record via electronic transmission and email to Lento law Group/LLG National Law Firm

*Dolores Bojazi*
Dolores Bojazi, Esq.