UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

**STEVEN CARMICHAEL**
        **PLAINTIFF,**

  **V.**

                                         **Civil No. 22-5019(KMW/EAP)**

**CAMDEN COUNTY POLICE**
**DEPARTEMENT, ET AL**
        **DEFENDANTS**

## ORDER

AND NOW, this \_\_\_12th\_\_\_ day of \_\_\_\_\_March_____ 2026, this matter having come before the Court upon consideration of the Motion to Withdraw as Counsel for Plaintiff, ECF No. 98, the Court having read and considering the submitted Motion and for good cause shown, said Petition is **GRANTED.**

**IT IS ORDERED AS FOLLOWS**:

Dolores Bojazi, Esquire is permitted to withdraw as counsel for Plaintiff in this civil action and said withdraw is effective immediately.

                                           BY THE COURT

                                       _/s/ Elizabeth A. Pascal_
                                       Honorable Elizabeth A. Pascal
                                       United States Magistrate Judge